IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:09cr66-SPM/WCS

DEREK LAMAR POPE,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Defendant's Motion to Reconsider Order Denying Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2). Doc. 69. Defendant was held accountable for 309 grams of cocaine base, which qualified him for the 10-year minimum mandatory sentence under 21 U.S.C. § 841(b)(1)(A)(iii) as amended by the Fair Sentencing Act because his offense involved more than 280 grams of cocaine base.

The 10-year minimum mandatory sentence determined Defendant's guideline sentencing range. Because the sentencing range has not changed, Defendant is not eligible for a sentence reduction. See United States v.

Williams, 549 F.3d 1337 (11th Cir. 2008). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Reconsider Order Denying Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2), doc. 69, is denied

DONE AND ORDERED this 21st day of March, 2012

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:09cr66-SPM